■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIXTO ACOSTA, Also Known as HECTOR ACOSTA, Appellant. [700 NYS2d 846] —Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.), rendered August 28, 1997, convicting him of robbery in the first degree (two counts), robbery in the second degree (three counts), assault in the second degree (two counts), and grand larceny in the fourth degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his contention that the evidence of forcible stealing was legally insufficient to submit the robbery counts of the indictment to the jury (*see,* CPL 470.05 [2]; *People v Williams,* 240 AD2d 441). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Mangano, P. J., Ritter, Goldstein and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM ALEXANDER, Appellant. [700 NYS2d 761] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 24, 1998 (*People v Alexander,* 253 AD2d 528), affirming a judgment of the Supreme Court, Kings County, rendered May 22, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Santucci, Joy and Krausman, JJ., concur.